IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States Magistrate Court
JSH - SDTX
FILED

SEP 06 2016  2C

David J. Bradley, Clerk
Laredo Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CR. NO.:L-16-00956 |
| VANESSA HERNANDEZ | § | |

**CONSENT TO ADMINISTRATION OF GUILTY PLEA
AND FED. R. CRIM. PROC. 11 ALLOCUTION
BY UNITED STATES MAGISTRATE JUDGE**

I, VANESSA HERNANDEZ, the defendant in the above-numbered and styled cause, with the advice of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this 6th day of September, 2016.

_____
DEFENDANT

_____
ARTURO VILLARREAL III
ATTORNEY FOR DEFENDANT

_____
ASSISTANT UNITED STATES ATTORNEY