United States District Court
Southern District of Texas
**ENTERED**
September 29, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Criminal Case 5:16-cr-00956 |
| § | |
| Vanessa Hernandez § | |

ORDER

On September 29, 2016, the Court reviewed the file in the above-captioned matter, specifically the Report and Recommendation of the United States Magistrate Judge, which reports that Defendant waived appearance before this Court and appeared before the Magistrate Judge for the taking of a felony guilty plea under the procedures set forth in Rule 11, Federal Rules of Criminal Procedure.

The Magistrate Judge recommends that the undersigned accept the Defendant's plea of guilty. Noting no objection by the Defendant, the Court ACCEPTS the findings of fact and conclusions of law in the Magistrate Judge's Report and Recommendation.

SIGNED on September 29, 2016, at Laredo, Texas.

George P. Kazen
Senior United States District Judge